IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

LATHERL PARKER,                          )
                                         )
                Plaintiff,               )
                                         )
v.                                       )        Case No. CIV-11-197-D
                                         )
DR. TROUTT, *et al.*,                    )
                                         )
                Defendants.              )

## O R D E R

This matter is before the Court for review of the Report and Recommendation [Doc. No. 38]

issued by United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B)-(C).

After a thorough analysis of the issues, Judge Purcell recommends the dismissal of all claims

asserted by Plaintiff against the Oklahoma Department of Corrections and individuals sued in their

official capacities, due to Eleventh Amendment immunity, and that summary judgment be entered

on the remaining claims asserted under 42 U.S.C. § 1983 due to Plaintiff's failure to exhaust

administrative remedies, as required by 42 U.S.C. § 1997e(a).   Alternatively, Judge Purcell

recommends that summary judgment be granted to the individual defendants on the merits of

Plaintiff's claim of deliberate indifference to serious medical needs asserted in Count II of the

Complaint.

Plaintiff has not filed a timely objection to the Report nor requested additional time to object,

although he was expressly advised of the right to object, the procedure and deadline for filing an

objection, and the consequences of failing to object.  Therefore, the Court finds that Plaintiff has

waived further review of the issues addressed in the Report. *See Moore v. United States*, 950 F.2d

656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 38] is ADOPTED in its entirety.  Defendants' Motion to Dismiss on in the Alternative, Motion for Summary Judgment [Doc. No. 21] is GRANTED, as set forth therein.  Judgment shall be entered accordingly.

IT IS SO ORDERED this 2nd day of July, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE